## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **KENNETH D. BELL, in his capacity as, court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com**<br><br>**Plaintiff,**<br><br>v.<br><br>**PEAK USA, LLC, PEAK IMPACT, LLC, and GARY BESSONI,**<br><br>**Defendants.** | Case No. 3:15-cv-233 |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Defendant PEAK USA, LLC, makes the following disclosures:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes                    ( X ) No

2. Does party have any parent corporations?

    ( ) Yes                    ( X ) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: _____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes                    ( X ) No

    If yes, identify such owners: _____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes                    ( X ) No

If yes, identify entity and nature of interest:

_____

_____

This the 5th day of August, 2015.

/s/ Michael G. Adams
Michael G. Adams, NC Bar No. 16528
Parker Poe Adams & Bernstein LLP
Three Wells Fargo Center, Suite 3000
Charlotte, North Carolina 28202
Telephone: 704.372.9000
Facsimile: 704.334.4706
mikeadams@parkerpoe.com


Of Counsel:
Ross Campbell, CA Bar No. 234827
Coast Law Group LLP
1140 South Coast Highway 101
Encinitas, California 92024
Tel.  760.942.8505 x105
Fax 760.942.8515

*Attorneys for Defendants Peak USA, LLC, Peak Impact, LLC and Gary Bessoni*

## CERTIFICATE OF SERVICE

The undersigned herby certifies that on this date a copy of the foregoing *Peak USA, LLC's Corporate Disclosure* was electronically filed on this day with the Clerk of Court using the CM/ECF system, which will transmit notification of such filing, constituting service thereof, to the following:

>Kenneth D. Bell, Esq., Receiver
>Irving M. Brenner, Esq.
>Matthew E. Orso, Esq.
>McGuire Woods LLP
>201 North Tryon Street, Suite 3000
>Charlotte, NC 28202
>*Attorneys for Plaintiff*

This the 5th day August, 2015.

>/s/ Michael G. Adams
>Michael G. Adams
>N.C. State Bar No. 16528
>Parker Poe Adams & Bernstein LLP
>Three Wells Fargo Center
>401 S. Tryon Street, Suite 3000
>Charlotte, North Carolina 28202
>Telephone: (704) 372-9000
>Facsimile: (704) 334-4706
>mikeadams@parkerpoe.com
>*Attorney for Defendants Peak USA, LLC, Peak Impact, LLC and Gary Bessoni*