# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **KENNETH D. BELL**, in his capacity as, court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com<br><br>**Plaintiff,**<br><br>v.<br><br>**PEAK USA, LLC, PEAK IMPACT, LLC, and GARY BESSONI,**<br><br>**Defendants.** | Case No. 3:15-cv-233 |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Defendant PEAK IMPACT, LLC, makes the following disclosures:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes                ( X ) No

2. Does party have any parent corporations?

    ( ) Yes                ( X ) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: _____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes                ( X ) No

    If yes, identify such owners: _____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes                ( X ) No

If yes, identify entity and nature of interest:

_____

_____

This the 5th day of August, 2015.

/s/ Michael G. Adams
Michael G. Adams, NC Bar No. 16528
Parker Poe Adams & Bernstein LLP
Three Wells Fargo Center, Suite 3000
Charlotte, North Carolina 28202
Telephone: 704.372.9000
Facsimile: 704.334.4706
mikeadams@parkerpoe.com


Of Counsel:
Ross Campbell, CA Bar No. 234827
Coast Law Group LLP
1140 South Coast Highway 101
Encinitas, California 92024
Tel. 760.942.8505 x105
Fax 760.942.8515

*Attorneys for Defendants Peak USA, LLC, Peak Impact, LLC and Gary Bessoni*

**CERTIFICATE OF SERVICE**

The undersigned herby certifies that on this date a copy of the foregoing *Peak Impact, LLC's Corporate Disclosure* was electronically filed on this day with the Clerk of Court using the CM/ECF system, which will transmit notification of such filing, constituting service thereof, to the following:

> Kenneth D. Bell, Esq., Receiver
> Irving M. Brenner, Esq.
> Matthew E. Orso, Esq.
> McGuire Woods LLP
> 201 North Tryon Street, Suite 3000
> Charlotte, NC 28202
> *Attorneys for Plaintiff*

This the 5th day August, 2015.

> /s/ Michael G. Adams
> Michael G. Adams
> N.C. State Bar No. 16528
> Parker Poe Adams & Bernstein LLP
> Three Wells Fargo Center
> 401 S. Tryon Street, Suite 3000
> Charlotte, North Carolina 28202
> Telephone: (704) 372-9000
> Facsimile: (704) 334-4706
> mikeadams@parkerpoe.com
> *Attorney for Defendants Peak USA, LLC, Peak Impact, LLC and Gary Bessoni*