IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-233-GCM

| | |
|---|---|
| KENNETH D. BELL, as Receiver for Rex Venture, Plaintiff, v. PEAK USA, LLC, PEAK IMPACT, LLC GARY BESSONI, Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Ross Montgomery Campbell,** filed August 17, 2015 [doc. # 8].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Campbell is admitted to appear before this court *pro hac vice* on behalf of Defendants, Gary Bessoni, Peak USA, LLC, Peak Impact LLC.

**IT IS SO ORDERED.**

Signed: August 21, 2015

Graham C. Mullen
United States District Judge