IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as, court-court-appointed Receiver for Rex Venture Group, LLC, d/b/a/ ZeekRewards.com, <br><br>    Plaintiff, <br><br>v. <br><br>PEAK USA, LLC, PEAK IMPACT, LLC, and GARY BESSONI, <br><br>    Defendants. | Case No. 3:15-cv-233 |

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

UPON CONSIDERATION of the Parties' Joint Motion to Amend the Scheduling Order, it is hereby:

**ORDERED,** that the Scheduling Order in this matter (Dkt. No. 11) is amended as follows: (1) the due date for Defendants' expert reports is continued from April 1, 2016 to July 1, 2016; (2) the discovery completion date is continued from May 1, 2016 to August 1, 2016; and (3) the motions deadline is continued from June 1, 2016 to September 1, 2016.

Signed: March 16, 2016

Graham C. Mullen
United States District Judge

1