IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **KENNETH D. BELL,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Case No. 3:15-cv-233 |
| **PEAK USA, LLC, et al.,** | )<br>) |
| **Defendants.** | )<br>) |

## ORDER GRANTING JOINT MOTION
## TO AMEND SCHEDULING ORDER

UPON CONSIDERATION of the Parties' Joint Motion to further Amend the Scheduling Order in this matter, it is hereby:

**ORDERED,** that the Scheduling Order (Dkt. No. 11, and 13) is further amended as follows: (1) the due date for Defendants' expert reports is continued from July 1, 2016 to September 15, 2016; (2) the discovery completion date is continued from August 1, 2016 to October 17, 2016; (3) the motions deadline is continued from September 1, 2016 to November 17, 2016; and (4) the trial date is continued from the October 11, 2016 term to the February 13, 2017 term.

Signed: July 7, 2016

Graham C. Mullen
United States District Judge