IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-233-GCM

| | | |
|---|---|---|
| **KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLD d/b/a ZeekRewards.com,** | ) ) ) ) ) ) | |
| v. | ) ) | **ORDER** |
| **PEAK USA, LLC, PEAK IMPACT, LLC, and GARY BESSONI,** *et al,* **Defendants.** | ) ) ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. The trial in this matter is RE-SET for **May 15, 2017** in Courtroom #2-2.

IT IS SO ORDERED.

Signed: January 9, 2017

Graham C. Mullen
United States District Judge