# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>Plaintiff,<br><br>vs.<br><br>PEAK USA, LLC, PEAK IMPACT, LLC, GARY BESSONI, S.T. EAGLE, INC., and SAM ADLERMAN,<br><br>Defendants. | No. 3:15-cv-233 |

## ORDER

THIS MATTER is before the Court on Kenneth D. Bell, Receiver's Motion for Voluntary Dismissal.

For good cause shown, this motion is GRANTED, and the above captioned case is voluntarily dismissed as to Defendants S.T. Eagle, Inc. and Sam Adlerman.

Signed: September 28, 2018

Graham C. Mullen
United States District Judge